IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                               Case No. 1:04cr10104-1

THOMAS J. FLOIED

    Defendant.

---

### ORDER REFUNDING CASH APPEARANCE BOND

---

    This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

    IT IS THEREFORE **ORDERED** that the ( $20,000/10%= $2000.00)appearance bond (receipt J27903 ) for this defendant be cancelled and discharged, and the Clerk is directed to issue a check on the Registry in the sum of $2000.00, payable to: Kay Floied, 139 W. 7th Ave., Lobelville, TN 37097; in full refund of the cash appearance bond posted herein.

                                                         JAMES D. TODD
                                                         UNITED STATES DISTRICT JUDGE
                                                         DATE: 16 May 2005

Approved:

ROBERT R. DI TROLIO, CLERK OF COURT

BY: _____
      Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5|17|05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:04-CR-10104 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Timothy V. Potter
REYNOLDS & POTTER, PLC
210 E. College
Dickson, TN 37056

Honorable James Todd
US DISTRICT COURT